■ In the Matter of SHAWN WEST, Petitioner, v JOSEPH VITA, a Justice of the Village of Port Chester Justice Court, Respondent. [758 NYS2d 533] —Proceeding pursuant to CPLR article 78 in the nature of mandamus, inter alia, to compel the respondent Joseph Vita, a Justice of the Justice Court, Village of Port Chester, to hear and determine the petitioner's motion pursuant to CPL 440.10 to vacate his judgment of conviction.

Motion by the respondent to dismiss the proceeding on the ground that this Court lacks jurisdiction.

Ordered that the motion is granted; and it is further,

Adjudged that the proceeding is dismissed, without costs or disbursements (*see* CPLR 506 [b] [1]; 7804 [b]). S. Miller, J.P., Goldstein, Cozier and Mastro, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCIS M. ALLEN, Also Known as FRANCIS M. HALLENBECK, Appellant. [758 NYS2d 511] —Appeal by the defendant from a judgment of the County Court, Orange County (DeRosa, J.), rendered July 25, 2001, convicting her of burglary in the third degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant contends that the County Court failed to conduct a hearing or adduce any evidence to determine the amount of restitution imposed. However, this claim is unpreserved for appellate review since the defendant failed to request a hearing or challenge the amount of restitution imposed at sentencing (*see People v Horne,* 97 NY2d 404, 414 n 3 [2002]; Penal Law § 60.27 [2]). Feuerstein, J.P., Krausman, Luciano, Townes and Cozier, JJ., concur.